

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00864-CV

**HS Tejas, LTD.**

**v.**

**City of Houston**

NO. 926497 IN THE CO CIVIL CT AT LAW NO 2 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 07/02/2014 | E-PAID | APE |
| SUPP RPT RECORD | $865.00 | 05/16/2014 | PAID | ANT |
| MT FEE | $10.00 | 04/30/2014 | E-PAID | ANT |
| SUPP CLK RECORD | $20.00 | 03/28/2014 | PAID | APE |
| MT FEE | $10.00 | 03/19/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 03/19/2014 | E-PAID | ANT |
| RPT RECORD | $1,080.00 | 03/03/2014 | PAID | ANT |
| CLK RECORD | $3,064.00 | 02/03/2014 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 11/06/2013 | PAID | ANT |
| FILING | $175.00 | 11/06/2013 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $5,264.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this May 15, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**